UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-61781-CIV-SINGHAL/STRAUSS

WILLIANE ETIENNE,

    Plaintiff,

vs.

JAMES UTHMEIER et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**PLAINTIFF** is a frequent-filer in this Court, exercising her right to appear pro se, but repeatedly filing deficient Complaints despite being instructed numerous times how to properly plead her claims. Today, this cause has come before the Court upon the Report and Recommendation of United States Magistrate Judge Jared Strauss. (DE [9]). Judge Strauss issued a Report and Recommendation (DE [9]) on October 3, 2025, recommending dismissal of the case for several reasons including that the Amended Complaint is a shotgun pleading made up of conclusory statements, alleges violations of criminal statutes that do not provide a private right of action, and contains apparent accusations of fraud that lack particularity.

    Initially in this case, Plaintiff sought leave to proceed *in forma pauperis*, so the screening provisions of 28 U.S.C. § 1915(e) applied. (DE [3]). Finding the original Complaint deficient for the reasons described above, Judge Strauss gave Plaintiff an opportunity to amend the Complaint, and she did, but the Amended Complaint was no better. Judge Strauss specifically found, "the Amended Complaint, liberally construed,

still boils down to vague allegations that Defendants in some way violated ten different constitutional amendments, along with other laws, without any description of how they have done so.  In short, the Amended Complaint fails to provide any factual allegations that "raise a right to relief above the speculative level."  *See* (DE [9]) at 2-3, citations omitted.  Judge Strauss then analyzed the deficiencies in pleading fraud, the numerous federal criminal statutes cited that provide no private right of action, and the general failure to state a plausible claim.  This Court has reviewed the entire file and record and has made a *de novo* review of the issues.  Because Plaintiff has already been given an opportunity to amend and correct shotgun pleading deficiencies, the Court need not offer another opportunity.  However, the Court declines to dismiss with prejudice in case Plaintiff does actually have some plausible claims she can plead in a future case.  And with no objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [6]) is **AFFIRMED** and **ADOPTED.**  This action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of October 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and via U.S. Mail to:
Willianne Etienne
6232 NW 36th Avenue
Coconut Creek, FL 33073